THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MARIA ALEJANDRA VIELMA UZCATEGUI,<br><br>Petitioner,<br><br>v.<br><br>NATE BROOKSBY, Washington County Sheriff, RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); BRIAN HENKE Field Office Director for Las Vegas/Salt Lake City; KRISTI NOEM, Secretary United States Department of Homeland Security; PAMELA BONDI, U.S. Attorney General,<br><br>Respondents. | **JUDGMENT**<br><br>Case No. 4:26-cv-00020-DN-PK<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT as explained in the MEMORANDUM DECISION AND ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS; ORDERING RELEASE AND REPORTS[1] the Petition for Habeas Corpus is GRANTED.[2]

JUDGMENT is entered in favor of MARIA ALEJANDRA VIELMA UZCATEGUI, and against Defendants NATE BROOKSBY, Washington County Sheriff; RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); BRIAN HENKE, Field Office Director for Las

[1] Memorandum Decision and Order Granting Petition for Writ of Habeas Corpus; Ordering Release and Reports, docket no. 35, filed March 5, 2026.

[2] Petition for Writ of Habeas Corpus ("Petition"), docket no. 1, filed February 19, 2026.

Vegas/Salt Lake City; KRISTI NOEM, Secretary United States Department of Homeland Security; PAMELA BONDI, U.S. Attorney General:

1. Ms. Vielma may pursue attorney's fees in post-judgment proceedings.

2. The Clerk of Court is ordered to close this case.

Signed March 13, 2026.

BY THE COURT

David Nuffer
United States District Judge